UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MEIJER, INC., et al.,

        Plaintiffs,

                                                Case No. 1:15-cv-219

v.

                                                HONORABLE PAUL L. MALONEY

DESIGN IDEAS, LIMITED,

        Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

On June 4, 2015, the Central District of Illinois enjoined the plaintiffs from prosecuting this matter in this district (ECF No. 14).  Therefore,

**IT IS HEREBY ORDERED** that in the interest of the effective administration of the court's business, without prejudice to either party to this action, this matter is **CLOSED**.  This closing is for administrative purposes only and does not constitute a decision on the merits.  The court will allow either party to move to reopen this action in accordance with the order issued by the Central District of Illinois.  Any such motion need only refer to this order and it will be granted.


Dated: June 30, 2015                             /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    Chief United States District Judge